# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 3407 | **DATE** | 1/14/2013 |
| **CASE TITLE** | Kurkjian vs. Portfolio Management Partners, LLC et al. | | |

**DOCKET ENTRY TEXT**

Motion by plaintiff Kevin Kurkjian to strike counterclaim and complaint (#45) is granted. Parties need not appear on 1/15/2013. See statement section of this order for details. Scheduling conference set for 1/29/2013 at 8:30 a.m.

■[ For further details see text below.]     Notices mailed by Judicial staff.

## STATEMENT

On November 15, 2012, the court denied defendants' motion to file instanter a counterclaim and cross-claim against Kurkjian and his attorney Kasalo and gave defendants 14 days to amend their pleadings. (Dkt. #38.) At that time, the court orally instructed defendants that Kasalo was not a party to the lawsuit and therefore a counterclaim was not the proper procedural mechanism by which to assert a claim against him. *See* Dkt. #45 Ex. I at 3 (defendants must file "a motion to join a third party or an indispensable party or something because [Kasalo] is not a party to this lawsuit"). On November 29, 2012, defendants filed a pleading entitled "Counterclaim" against Kurkjian and Kasalo asserting, *inter alia*, that Kasalo "has shown a pattern of unprofessional conduct in violations [sic] of the Rules of Professional Conduct" and seeking to recover actual damages, attorney's fees and costs and other appropriate relief. (Countercl. ¶ 43 & Wherefore Clause.) Contrary to this court's directive, defendants did not move to join Kasalo as a third party under Federal Rule of Civil Procedure 14, nor do they identify any other procedural basis that would allow them to assert a claim against him. At the same time, the "Counterclaim" fails to identify those claims that are asserted against Kurkjian as opposed to his lawyer. For these reasons, Kurkjian's motion (#45) is granted and the document styled as a "Counterclaim" (#39) is stricken. A scheduling conference will be held in this case on January 29, 2013 at 8:30 a.m.