**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Kevin Kurkjian
Plaintiff,
v.
Case No.: 1:12−cv−03407
Honorable Sidney I. Schenkier
Portfolio Management Partners, L.L.C., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2013:

MINUTE entry before Honorable Sidney I. Schenkier: The Court, sua sponte, RESETS the motion hearing regarding defendants' counsel's motion to withdraw as counsel of record ([92]) set for 10/22/13 before the magistrate judge to 10/24/13 at 8:30 a.m. As previously stated in the minute order dated 10/16/13 ([94]), all defendants are required to personally appear at the motion hearing. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.